PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Claven Anderson                    Docket Number: 09-00358-001
                                                     PACTS Number: 48001

Name of Sentencing Judicial Officer: Honorable Gregory M. Sleet, Chief United State District Judge

Name of Assigned Judicial Officer: Honorable Dennis M. Cavanaugh, Unites States District Judge

Date of Original Sentence: 10/01/2007

Original Offense: Selling Counterfeit Obligations, 18 U.S.C. § 472

Original Sentence: 18 months imprisonment; 3 years supervised release.

Special Conditions: Drug Treatment or Urinalysis; Mental Health Treatment.

Type of Supervision: Supervised release           Date Supervision Commenced: 2/17/09

Assistant U.S. Attorney: To be assigned., 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

Defense Attorney: To be assigned., 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states ' **You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.** '

The offender failed to report to the Probation office as directed on: October 23, 2009; December 2, 2009; December 11, 2009; January 6, 2010; and January 27, 2010.

The offender failed to submit monthly reports for the following months: February 2009, March 2009, April 2009, May 2009, June 2009, August 2009, September 2009, October 2009, November 2009, and December 2009.

PROB 12C - Page 2
Claven Anderson

| | |
|---|---|
| 2 | The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**<br><br>The offender failed to appear for Code-A-Phone testing on the following dates: June 11, 2009; June 15, 2009; June 22, 2009; July 7, 2009; September 8, 2009; October 5, 2009; October 15, 2009; November 13, 2009; November 23, 2009; December 7, 2009; and January 21, 2010. |
| 3 | The offender has violated the supervision condition which states 'You shall not **leave the judicial district without the permission of the Court or Probation Officer.'**<br><br>On January 4, 2010, the offender admitted to traveling to Delaware on December 31, 2009 to visit his girlfriend. He was aware that he did not have permission to do this. |
| 4 | The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**<br><br>Offender has been unemployed since the commencement of his supervision in February 2009. He did enroll in Capri Institute of Hair Design in September 2009, but was terminated from the program for excessive absences in December 2009. |

I declare under penalty of perjury that the foregoing is true and correct.

By: *Dana Hafner*
U.S. Probation Officer
Date: 2/1/10

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: _1 MARCH 2010  9:30 AM_
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_2-5-10_
Date